UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                       CASE NO. 6:22-cr-161-PGB-DCI

DAMARRIS JEAN SAINT-JUSTE
RODREAKAS DESHAY SMITH, JR.
MARCUS TERRELL ELLINGTON, JR.

### NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:

Public Defender's Office

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Ranganath Manthripragada*
Ranganath Manthripragada
Assistant United States Attorney
USA No. 199
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile:  (407) 648-7643
Email: Ranganath.Manthripragada@usdoj.gov