# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CLERK'S MINUTES**
**Status Conference**

**Case Number: 6:22-cr-161-PGB-DCI**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **Government's Counsel:** | Michael Felicetta |
| | | Ranganath Manthripragada |
| Plaintiff, | | |
| v. | | |
| **Rodreakas Deshay Smith, Jr.** | **Defense Counsel:** | Nicole Mouakar |
| Defendant. | | |

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford Stanarm2014@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | December 20, 2022 | Time: | 3:26 PM – 3:33 PM TOTAL: 7 minutes |

Case called. Appearances taken.

Oral Motion to Continue Trial by the defense. The Court grants the motion.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including February 28, 2023 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The Court sets the case for trial on the February trial term commencing on February 6, 2023.

The Court sets a plea deadline of February 13, 2023.

Defense counsel is directed to file a Waiver of Speedy Trial through February 28, 2023.