## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:22-cr-161-PGB-DCI**

**RODREAKAS DESHAY SMITH, JR.**

_____

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 68) entered February 14, 2023, to which there has been no objection and the 14 day objection period has expired, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Counts Three, Four, and Five of the Indictment.

**Sentencing is scheduled for May 17, 2023 at 1:30 PM before the undersigned.**

**DONE and ORDERED** in Orlando, Florida this 6th day of March 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record